11-17-2015

15-696-CV

Fourth Court of Appeals
300 Dolorosa, STE 3200
San Antonio, TX 78205

RE: Trial Court Number: 2014-CI-09509
From the 225th District Court, Bexar County, TX

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 NOV 20 PM 2:13
KEITH E. HOTTLE, CLERK

## Change of Address

Please change my address as follows:

John M Donohue
Powledge Unit 1895033
1400 FM 3452
Palestine, TX 75803

Thank You!

J. Donovan, 1855073
Paulidge Unit
1420 FM 3452
Palestine, TO 75803

legal mail

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 NOV 20 PM 2: 13

*Keith E. Hottle*

KEITH E. HOTTLE, CLERK

7820530399

NORTH TEXAS TX P&DC
DALLAS TX 750
18 NOV 2015 PM 4 L

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TX 78205

FOREVER